USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION,

Plaintiff,

-v-

CALC GLOBAL LEASING LIMITED, et al.,

Defendants.

26-cv-1204 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff's letter motion for an order revising the Case Management Plan and Scheduling Order entered in this case on April 29, 2026, *see* Dkt. No. 18, to require that Defendants substantially complete document production by no later than November 30, 2026, and extending all other discovery deadlines by three (3) months to account for this substantial completion date. Dkt. No. 26. Also before the Court is Defendants' letter motion seeking an extension of the Case Management Plan and Scheduling Order for a period of six (6) months and opposing Plaintiff's request for a three (3) month extension. Dkt. No. 27.

The Court will hold a videoconference on these motions via Microsoft Teams on October 5, 2026 at 12:00 p.m. The parties will be provided instructions for accessing the conference via email. Members of the public may access the conference by dialing into the Court's audio only teleconference line at 646-453-4442 and using Conference ID# 358639322.

SO ORDERED.

Dated: September 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge