UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII,<br><br>Plaintiffs,<br><br>v.<br><br>CALC GLOBAL LEASING LIMITED, ZF IRELAND AIRCRAFT 110 LIMITED<br>Defendant. | Case No. 1:26-cv-01204-LJL |

**LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE**
**FROM THE REPUBLIC OF AUSTRIA**

The United States District Court for the Southern District of New York (the "Requesting Court") presents its compliments to the competent authority of the Republic of Austria and respectfully requests, as a matter of international comity, judicial assistance in obtaining documentary evidence for use in the civil action identified above.

The Requesting Court requests that the competent Austrian judicial authority, in accordance with Austrian law, require Austrian Airlines AG to produce the documents identified below that are within its possession, custody, or control and transmit the resulting evidence to the person identified in Section 4 below.

The Requesting Court assures the Austrian judicial authority of its willingness to provide similar assistance to the Austrian courts in comparable circumstances.

1. **Requesting Court**
   The Honorable Lewis J. Liman
   United States District Judge, District Court for the Southern District of New York
   500 Pearl Street, Room 1620
   New York, New York 10007

2. **Central Authority of the Requested State**
   Federal Ministry of Justice (Bundesministerium für Justiz)
   Section I - Civil Law

Division 10 - International Personal and Family Law
Museumstraße 7
1070 Vienna
Austria

**3. Person or entity from whom evidence is requested**
Austrian Airlines AG
Office Park 2,
1300 Vienna Airport
Schwechat
Österreich

**4. Persons to whom the executed request is to be returned**
Jeffrey Ellis
Michael Hession
David Knapp
CLYDE & CO US, LLP
2 Grand Central Tower
140 East 45th Street, 26th Floor
New York, New York, 10017
Tel: (212) 710-3900
david.knapp@clydeco.us
jeff.ellis@clydeco.us
michael.hession@clydeco.us

**5. Case name and number**
*Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII v. CALC Global Leasing Limited, ZF Ireland Aircraft 110 Limited*, No. 1:26-cv-01204-LJL.

**6. Names and addresses of the parties and their representatives**

**a. Plaintiff**
Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII, represented by:

Jacqueline L. Chung
Leili A. Saber

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
United States of America
Telephone: (212) 819-8200
Email: jacqueline.chung@whitecase.com
Email: leili.saber@whitecase.com

**b. Defendants**

CALC Global Leasing Limited and ZF Ireland Aircraft 110 Limited, represented by:

Jeffrey Ellis
Michael Hession
David Knapp
CLYDE & CO US LLP
2 Grand Central Tower
140 East 45th Street, 26th Floor
New York, New York, 10017
United States of America
Telephone: (212) 710-3900
Email: david.knapp@clydeco.us
Email: jeff.ellis@clydeco.us
Email: michael.hession@clydeco.us

**7.**

**a. Nature of the proceedings**

This is a civil action arising from the lease, sublease, maintenance, operation, and return condition of a General Electric GEnx-1B74/75/P2 aircraft engine bearing serial number 956185 ("ESN 956185"). Plaintiff contends that the Subject Engine developed a reduced reinspection interval during the lease term and that Defendants were obligated to return the Subject Engine without that reduced reinspection interval. Defendants contend that the Subject Engine was properly maintained and that the reduced reinspection interval, including the cracking of the high-pressure turbine blades that allegedly triggered it, resulted from ordinary wear and tear. Defendants subleased the Subject Engine to Austrian Airlines AG, a member of the Lufthansa Group, for operation during the relevant period.

**b. Summary of complaint**

Plaintiff alleges that it leased aircraft engine serial number 956185 to Defendants and that, during the term of the lease, the Subject Engine developed a reduced reinspection interval. Plaintiff alleges that Defendants were obligated to return the Subject Engine without that reduced reinspection interval and seeks relief based on the alleged condition of the Subject Engine upon its return.

c. **Summary of defense and counterclaim**
Defendants deny that they failed to comply with their obligations concerning the maintenance and return condition of the Subject Engine. Defendants contend that the Subject Engine was properly maintained and that the reduced reinspection interval, including the cracking of the high-pressure turbine blades that allegedly triggered it, resulted from ordinary wear and tear.

**d. Other necessary information or documents**
The Requesting Court attaches hereto the operative complaint and answer filed in this action.

**8.**

**a. Evidence to be obtained or other judicial act to be performed**
The Requesting Court respectfully requests that the competent German judicial authority obtain from Austrian Airlines AG and transmit to the Requesting Court the specifically identified documents described in Section 8 below concerning ESN 956185.

**b. Purpose of the evidence or judicial act sought**
The requested evidence is sought to determine the maintenance, inspection, monitoring, operational history, and condition of aircraft engine serial number 956185 during the period relevant to the underlying action. The evidence bears upon whether the Subject Engine was properly maintained; the nature, timing, and cause of the reduced reinspection interval; the nature, timing, and cause of any cracking of the Subject Engine's high-pressure turbine blades; any warnings, restrictions, or maintenance recommendations applicable to the Subject Engine; and whether the condition at issue resulted from ordinary wear and tear.

**9. Documents requested**

<u>1. Maintenance Records Concerning ESN 956185.</u> Maintenance work orders, shop findings, maintenance log entries, engineering reports, corrective-action records, component-replacement records, repair records, inspection records, records of implemented service bulletins, compliance records, and troubleshooting records concerning ESN 956185.

2. Borescope Inspection Records Concerning ESN 956185. Reports, findings, photographs, videos, image files, technician notes, engineering assessments, recommendations, follow-up records, and correspondence concerning borescope inspections of ESN 956185.

3. Engine Health Monitoring Data Concerning ESN 956185. Engine health monitoring data, trend-monitoring data, performance-monitoring data, reliability data, exceedance data, vibration data, exhaust-gas-temperature data, operating-parameter data, and other engine-condition or performance data concerning ESN 956185 that were transmitted or provided to GE Aerospace.

4. Notices and Communications from GE Aerospace Concerning ESN 956185. Notices, warnings, alerts, advisories, recommendations, reports, analyses, and communications received from GE Aerospace concerning ESN 956185, including EHM notifications, maintenance recommendations, reliability concerns, deterioration alerts, performance analyses, exceedance notifications, and recommended corrective actions.

5. Maintenance Manuals: The version or versions of the Maintenance Manuals, including AMM DMC-B787-A-G72-00-00-09B-280C-A, used in connection with the maintenance or operation of ESN 956185, including any revisions applicable during the relevant period.

6. Lufthansa- or Austrian-Generated Procedures Used for ESN 956185. Maintenance procedures, work instructions, engineering orders, technical directives, maintenance policies, standard operating procedures, or other internally generated guidance specifically used in connection with the inspection, monitoring, troubleshooting, repair, maintenance, or operation of ESN 956185.

7. Restrictions Concerning ESN 956185. Documents imposing, describing, modifying, or removing any operational restriction, maintenance restriction, monitoring requirement, inspection requirement, dispatch restriction, engineering recommendation, airworthiness concern, or other limitation applicable to ESN 956185, including documents stating the basis for the restriction or limitation.

**10. Any requirement that the evidence be given on oath or affirmation and any special form to be used**

No oath or affirmation is requested because this Letter of Request seeks documentary evidence only. If permitted under German law, the Requesting Authority respectfully requests that Deutsche Lufthansa AG provide a declaration or certification by an authorized

custodian stating that the documents produced are true and complete copies of the responsive records located after a reasonable search.

**11. Specification of privilege or duty to refuse to give evidence under the law of the State of origin**

Pursuant to the Federal Rules of Civil Procedure of the United States, documents protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, or another applicable privilege or protection need not be produced. If a document is withheld on the basis of a privilege or protection recognized under applicable law, the Requesting Authority requests, to the extent permitted by German law, identification of the nature of the document, its date, its author and recipients, and the privilege or protection asserted, without disclosure of privileged or protected information.

**12. Costs**

Defendants CALC Global Leasing Limited and ZF Ireland Aircraft 110 Limited will bear reasonable reimbursable fees and costs incurred in executing these Letters Rogatory, through their counsel, Clyde & Co US LLP.

**13. Transmission**

The Requesting Court requests that the executed request and resulting evidence be returned to Defendants' counsel at the address identified in Section 4, through the diplomatic or other channel required by Austrian law. If the request cannot be executed in whole or in part, the Requesting Court respectfully requests a written statement identifying the portion not executed and the reason.

**14. Reciprocity**

The Requesting Court expresses its willingness to provide comparable judicial assistance to the courts of the Republic of Austria in an appropriate case.

DATE OF REQUEST: October 19, 2026

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY:

LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE