UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII,<br><br>Plaintiffs,<br><br>v.<br><br>CALC GLOBAL LEASING LIMITED, ZF IRELAND AIRCRAFT 110 LIMITED<br>Defendant. | Case No. 1:26-cv-01204-LJL |

**~~[PROPOSED]~~ ORDER ISSUING LETTER OF REQUEST TO THE FEDERAL REPUBLIC OF GERMANY**

Upon consideration of Defendants' Letter Motion for Issuance of a Letter of Request to the Federal Republic of Germany pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, T.I.A.S. No. 7444, Fed. R. Civ. P. 28(b), and 28 U.S.C. § 1781, and for good cause shown, it is hereby ORDERED that:

1. The Letter of Request attached as Exhibit A to Defendants' motion is APPROVED and shall be issued by this Court;
2. Defendants are authorized to obtain German translations of the signed Letter of Request and accompanying materials and to take all steps reasonably necessary to transmit the Letter of Request to the appropriate German authorities for execution; and
3. Defendants shall bear any reasonable fees and costs associated with execution of the Letter of Request.

SO ORDERED.

Dated: October 19, 2026
New York, New York

[signature]

HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE